AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Rickey L. Harmon<br>USMS #: 78611-061<br><br>Defendant(s) | Case No. 2:25-mj-717 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/19/2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

On or about December 19th, 2025, Rickey HARMON did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). Furthermore, the aforementioned escape from custody occurred within the Southern District of Ohio.

☑ Continued on the attached sheet.

_Complainant's signature_

Nicholas J. Antonucci Deputy United States Marshal
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12/22/2025

City and state: Columbus, OH

_Judge's signature_

Elizabeth Preston Deavers, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In the matter of:** | : | |
| | : | |
| **United States of America** | : | Case No.: 2:25-mj-717 |
| v. | : | |
| **Rickey Lee Harmon** | : | Magistrate Judge Deavers |
| | : | |
| | : | **UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicholas J. Antonucci, being duly sworn, do hereby declare and state the following:

### INTRODUCTION

1. I am a Deputy with the United States Marshals Service (USMS) and have been since February 2022. I am currently assigned to the USMS Southern Ohio Fugitive Apprehension Team (SOFAST) in the Southern District of Ohio. I have completed over 500 hours of instruction at the United States Marshals Service National Training Academy at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). During my employment with the USMS, I have been trained and received specific training on fugitive apprehension. While performing my duties as a Deputy U.S. Marshal, I have been involved in many fugitive investigations involving other federal, state, and local law enforcement agencies. Additionally, I personally have been assigned as the Lead Deputy on numerous fugitive investigations that have resulted in the apprehension of a wanted person(s). I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all its subsections.

2. On or about September 14th, 2021, Rickey HARMON was sentenced by United States District Judge Susan J. Dlott to a term of 96 months of incarceration in the Bureau of Prisons (BOP) following one conviction under 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846 – Conspiracy with intent to distribute heroin, fentanyl, and methamphetamine and 18 U.S.C. §§ 924(c) Possession of a firearm in furtherance of a drug crime. HARMON was also sentenced to four (4) years of Supervised Release.

3. On or about November 29, 2021, HARMON was released to custody of the BOP and ultimately incarcerated at FCI Forest City. On or about October 23rd, 2025, HARMON was transferred to the Alvis House for Men, located at 1755 Alum Creek Drive, Columbus, Ohio, where he was to remain in custody of the BOP until his projected release date of March 10th, 2026. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates.

4. When an inmate is serving part of their sentence at the Alvis House, they remain in BOP custody. Inmates are restricted on their movement to and from the facility and are only able to

leave the facility for work or with approval from the facility staff and signing out of the facility when departing and signing back in when returning.

5. On or about December 19th, 2025, at approximately 16:42 hours, HARMON returned to Alvis House from work on an approved work pass. The Alvis House staff conducted an emergency count on December 20th, 2025 at 01:16 hours and discovered that HARMON was missing. HARMON walked out of the facility with all of his property at an unknown time and all subsequent attempts to contact him have failed.

6. As of December 22nd, 2025, HARMON has not returned to the Alvis House and his whereabouts are unknown. No attempts have been made by USMS Southern Ohio to locate HARMON.

7. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe Rickey HARMON did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

Nicholas J. Antonucci
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence this 22d day of December 2025, in Columbus, Ohio

Elizabeth P. Deavers
UNITED STATES MAGISTRATE JUDGE